403 F.2d 720
 Doreen E. CANFIELD, and infant, by Doris A. Canfield, her
Guardian ad Litem, and Doris A. Canfield,
Individually, Plaintiffs-Appellees-Appellants,
v.
J. C. PENNEY COMPANY, Inc. and Crown Juvenile Products,
Inc., Defendants-Appellants-Appellees, and
Well-Made Baby Products Co., Defendant-Appellee.
 Nos. 165, 169, Dockets 32545, 32562.
 United States Court of Appeals Second Circuit.
 Argued Dec. 5, 1968.
Decided Dec. 11, 1968.
 
 Leonard Feldman, New York City, for plaintiffs-appellees-appellants.
 Joseph P. Napoli, New York City (McLaughlin, Fiscella & Biancheri, New York City, on the brief), for defendant-appellant-appellee, J. C. Penney Co., Inc.
 Arthur N. Seiff, New York City (Michels, Walton, Cullen & Mele, New York City, on the brief), for defendant-appellant-appellee, Crown Juvenile Products, Inc.
 William F. McNulty, New York City (Zweibel, Steger & Foster, New York City, on the brief), for defendant-appellee, Well-Made Baby Products Co.
 Before LUMBARD, Chief Judge, FRIENDLY, Circuit Judge, and FRANKEL, District Judge.[1]
 PER CURIAM:
 
 
 1
 The judgment is affirmed.
 
 
 
 [1]
 Sitting by designation